ABLE A. COSTA,

I am finding myself writing you And informing you that Brownwood/Brown County has had my 11.07 HABEAS CORPUS Sence the 8th or 9th of June but Filed it on the 15th of June and Notafied me of it. Sence then I have sent two letters that way and have not Recieved any Response. It is well past the 35 days given And Some. I am asking that you File the writ of Mandamus that Im inclosing which also has A Copy of Both letters Ive Sent. I Appreciate your Time And Ask that you send me a Certified Copy once Filed.

Respectfully

Joe Dale Smith

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 12 2015

Abel Acosta, Clerk

Court of Criminal Appeals
of Texas

CAUSE NO. CR22028

Ex parte:
Joe Dale Smith
Petitioner / Appellant:
v.
The State of Texas
Respondent / Defendant

Petitioning 11.07 / Appealing—:

35th Judicial court of
Brown County Texas

Petition for writ of mandamus:

Respectfully Submitted:
Joe Dale Smith

*Joe Dale Smith*

CAUSE NO. CR22028

JOE DALE Smith
JOE DALE Smith
V.

CHERYL JONES
BROWN COUNTY
District Clerk

IN HER OFFICIAL Capacity;
Respondent

IN THE 35th Judicial
District Court of
BROWN County, Texas

## A. Plaintiff's Original Application for Writ of Mandamus

To THE HONORABLE JUDGE OF SAID Court:

COMES NOW: JOE DALE SMITH; RELATOR; PRO SE IN THE ABOVE-STYLED AND NUMBERED CAUSE OF ACTION AND FILES THIS ORIGINAL APPLICATION FOR WRIT OF MANDAMUS; PURSUANT TO ARTICLE 11.07 SECTION 3 (C) OF THE TEXAS CODE OF CRIMINAL PROCEDURE; AND WOULD SHOW THE COURT THE FOLLOWING:

### B. RELATOR

I

1.01 JOE DALE SMITH; TDCJ # 1822041 IS AN OFFENDER INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND IS APPEARING PRO SE; WHO CAN BE LOCATED AT ALLREDUNIT; 2101 FM 369 N.; IOWA PARK; TEXAS; 76367.

1.02 RELATOR HAS EXHAUSTED HIS REMEDIES AND HAS NO OTHER ADEQUATE AT LAW.

1.03 THE ACT SOUGHT TO BE COMPELLED IS MINISTERIAL; NOT DISCRETIONER IN NATURE. TCCP ART. 11.07 SECTION 3 (C) REQUIRES RESPONDENT TO IMMEDATELY TRANSMIT TO THE COURT OF CRIMINAL APPEALS A COPY OF THE APPLICATION WRIT OF HABEAS CORPUS; ANY ANSWERS FILED; AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE; IF THE CONVICTING COURT DECIDES THAT

THERE ARE NO ISSUES TO BE RESOLVED. NO COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS; ANY ANSWERS FILED; AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE HAVE BEEN transmitted to the court of criminal court OF Appeals BY Respondent AS Required By Statute; RELATOR WOULD HAVE RECEIVED NOTICE FROM THE Court of Criminal Appeals.

C.

## II.

RESPONDENT

2.01 Respondent; CHERYL JONES; IN HER/HIS CAPACITY AS District Clerk of Brown County; TEXAS has a ministerial duty to Recieve And File All papers in a Criminal PROCEEDING; And perform All other duties imposed on the Clerk By LAW PURSUANT TO TCCP ART. 2.21; And is responsible under TCCP 11.07 SEC 3(C) TO immediately Transmit to the Court of Criminal Appeals A copy OF the Application FOR WRIT OF HABEAS CORPUS; ANY ANSWERS Filed; And A CERTIFICATE Reciting the date upon which that finding was made IF the Convicting Court decides that there ARE NO ISSUES TO BE Resolved. CHERYL JONES; District CLERK; Brown County may Be Served At HER place OF BUSINESS At 200 South Broadway; Brownwood; TEXAS; 76801.

## III.

D. Violation OF ARTICLE 11.07 OF the Texas Code of Criminal Procedure

3.01 THE Respondent Violated Article 11.07 Section 3(C) OF the TEXAS Code OF Criminal Procedure By Failing to provide A copy OF the Application For WRIT OF HABEAS CORPUS; Any Answer Filed; And A CERTIFICATE Reciting the date upon which that finding was made to the Court of Criminal Appeals within the time PRESCRIBED by law and within A Reasonable time from the date on which the documents were Requested to Be transmitted.

3.02 Requests FOR the transmittal OF the Application FOR WRIT OF HABEAS CORPUS; Any Answers Filed; And A CERTIFICATE Reciting the date upon which that finding was made were By Relator to CHERYL JONES; District Clerk, Brown County; By CERTIFIED mailed letters dated                        PURSUANT to Article 11.07 Section 3(C) OF the Code OF Criminal PROCEDURE. TRUE And Accurate Copies OF the ABOVE letters Are ATTACHED Here to AS Exhibits "A" Through "__B__" And Are INCORPORATED BY Reference HERE IN FOR All PURPOSE.

3.03 To date., Relator Has received no response from Respondent Regarding Relator's Request for transmittal of a copy of the Application for writ of HABEAS Corpus; Any Answers Filed; And A certificate reciting the date upon which finding was made to the Court of Criminal Appeals.

3.04 As is clear from Relator's letters; Relator HAS Repeatedly put Respondent on notice that Relator SEEKS the transmittal of A Copy of the Application for writ of HABEAS Corpus; Any Answer Filed; And A certificate reciting the date upon which finding was made to the Court of Criminal Appeals.

3.04 As is clear from Relator's letters; Relator HAS Repeatedly put Put Respondent on notice that Relator Seeks the transmittal of A copy of the Application for writ of HABEAS Corpus Any Answers Filed; And A certificate reciting the date upon which that finding was made to the Court of Criminal Appeals And that Such Records Are required By the Court of Criminal Appeals To Act on Relator's writ of HABEAS Corpus. Relator HAS Gone well Beyond Any Requirement or obligations imposed Upon Him By the TEXAS Code of Criminal Procedure, In Contrast To Relator's Efforts; Respondent Has wholly Failed To Comply with TEXAS Code of Criminal Procedure; Article 11.07 Section 3(c), is Acting in Bad Faith; And HAS Also Failed To Afford Relator the professional And common Courtesy of Any written Responses to His Correspondence and requests.

3.05 Article 11.07 Section 3(c) clearly states that "IF" the Convicting Court decides that there Are no Such issues, [the Clerk Shall immediately transmit] to the Court of Criminal Appeals A copy of the Application; Any Answers Filed; And A certificate reciting the date upon which that finding was made. Failure of the Court To Act within the Allowed 20 days Shall constitute Such a Finding". Texas Code of Criminal procedure Article 11.07 Sec. 3(c). Respondent is in Violation of this procedure; ministerial duties; And Thus The Law of this State.



# IV.

D. PRAYER OF FOR RELIEF

Wherefore; premises considered; Relator; JOE DALE SMITH; PRO SE; Respectfully Requests A finding that the Respondent did not transmit documents to the Court of Criminal Appeals within a Resonable Time After the date they were Requested And that Relator Brought this Litigation in Good Faith and HAS substantially prevailed. Relator prays for an Order directing Respondent to Transmit Copy of the Application for writ of HABEAS CORPUS; Any Answers filed; And A certificate Reciting the date upon which the finding was made to the Court of Criminal Appeals as directed in Article 11.07 Section 3 (c) of the Texas Code of Criminal Procedure and As Requested in Relator's letters (Exhibits "A" Through "B")

Respectfully Submitted

By Relator

35th Judicial district court
Brawn County, Texas

Ex parte
Joe Dale Smith
Plaintiff/petitioner:

V.

THE State of Texas
defendant/Respondent:

Cause NO. CR22028

[Clerk]:

## [I. discussion]:

[A]: in dealing with the above Litigative - Cause NO. - [the Plaintiff - County & Court HAS in fact Filed - AN 11.07 IN which was Filed By said on: 06-15-15

The petitioner is now in a current Litigative HABEAS Corpus Proceeding - challenging An illegal conviction; And Such Arose from the Above Styled Cause NO. ARISING Against; the Plaintiff.

## [II. request]:

[B].

Being that the Record of the Court will Reflect that the petitioner Has in Fact petitioned; and 1st; and foremost - proceeded - within' - Said Court ... AS AN indigent. Plaintiff" - with No financial stability - And thus proceeding with A court Appointed Attourney - IN forma pauperis ... the petitioner has the Right under Law - To Request & recieve An Exact - Certified Copy of the Record of the Court; And A genuine Correct Copy of the 11.07 - He has Recently Priorly Filed; And thus is Now the Reason for the petitioner Requesting Such-:

[1.] Clerk Please advise the Above styled Court that the Plaintiff is Requesting-:

Exhibit (A)(1)

♪(i); A correct copy the 11.07., the petitioner .... Has Recently Peiorlly Filed

♪(ii); A complete correct copy of the record of the court.

CC
Joe Dale Smith
T.D.C.J. No. 1822041
Petitioner, Pro Se
James V. Allred-Unit
2101 FM 369 North
Iowa Park, TX 76367

♪[Return Service Requested]

Respectfully Submitted

Joe Dale Smith
T.D.C.J. No. 1822041
Petitioner, Pro Se
James V. Allred Unit
2101 FM 369 North
Iowa Park, TX 76367

♪[1746] Executed on; 6-22-15

ii

Exhibit (A)(2)

Judicial District County Court
Brown County, Texas

Expate
JoeDale Smith
Petitioner/Appellant;

V

The State of Texas
Respondent/Appelle:

[Cause No]: CR22028

[Clerk]; CHERYL JONES

## [ I. discussion];

[A]; Clerk please Aduise the Court that Said petitioner..... is Respectfully Requesting' Said Court... To Adequately move, the Clerk- of Said Court - To Forward, the Appellant's-; State 11.07 - of HABEAS CORPUS - []... INdealing with Said - Criminal Cause NO.

[B];

Clerk - Please understand that the petitioner"... Has patiently Given Said -Court... And the Respondent A Reasonable - Sufficient Amount of time... Too Respond, And-over 45 days..... HAVE Elapsed, in'which"... Should Render, the Said Clerk... To move"; the Appellant's-; petitioner... Accordingly-under the Code of Criminal Procedure; And therefore the plaintiff"- Request-Such Respectfully And -A Failure to ABide By Governing Law... []": will -move", the Appellant into Submitting An Original Application FoR Writ OF Mandamus.

i, Exhibit (B)(1)

♪ SEE:, T.C.C.P ART. 1.07., SUB. Sec.:, 3:, C;

♪ ART. 2.21
♪ ART. 3.01
♪ ART. 3.02
♪ ART. 3.04
♪ ART. 3.05

♪ (C.): Please "File, And Note... Said Legal Action.

Correct Copy
OF the petitioner's petition
is So Requested

Respectfully Submitted

Joe Dale Smith
Petitioner: PRO SE
T.d.C.J. NO. 1822041
James V. Allred UNIT
2101 FM 369 N.
Iowa Park, TX 76367

♪ Return Service
Requested);

♪ 28 U.S.C. §1746]: Executed ON: 7-27-15

Exhibit (B)(2)

CAUSE NO CR220208

JOE DALE Smith
JOE DALE Smith
1822041
    Relator

V.

Brown County District Clerk
CHERYL JONES
IN Her Official Capacity
Respondent

IN THE 35th Judicial
District Court of
Brown County, TEXAS

ORDER

On this day, Came onto Be heard the forgoing Relator's Application For writ of mandamus and it Appears to the Court that the Same Should Be:

_____ Granted.

It is therefore ordered that the district Clerk Shall immediately transmit to the Court of Criminal Appeals A copy of the Application For writ OF HABEAS CORPUS; Any Answers Filed; and A Certificate Reciting the date upon which that transmittal was made

Signed on this the _____ day OF: 20_____.

_____
Presiding    Judge

THE State OF TEXAS §
County OF BROWN §
E. Affidvit

I Sweae under oath that the facts And Allegations in the Above Application For writ of mandamus ARe True and Correct.

Relator

Signed under oath Befor me on this the _____ day of _____; 20_____.

Notary public in And For the State

_____
Printed or typed name
My commission Expires _____.

F. Certificate of Service

I hereBy Certify that A true Copy of the Above Application For writ of mandamus was Served on _____

By placing A copy in the U.S. Mail Addressed TO: 200 S. Broadway, Ste 216, Brownwood, Texas 76801. On this the _____ day of: _____ 20_____.

Relator

**[Affirmation under oath]:**

I hereby Acknowledge; Affirm And Swear under penalty OF; perJury for All of the forgoing TO BE TRUE And Correct.

Respectfully Submitted:

Joe Dale Smith
Joe Dale Smith
T.D.C.J. NO. 1822041
Petitioner PRO SE
JAMES V. AllRED UNIT
2101 FM 369 North
Iowa PARK, TEXAS 76367

(28 U.S.C. §1746) executed on 8-3-15

**[CERTIFICATION]:**

IN Compliance with the Texas Rules And Procedures 73;3§]. I Hereby Certify that the number in this Legal Action]"-§is§ 203]-.

Respectfully Submitted:

Joe Dale Smith
Joe Dale Smith
T.D.C.J. NO. 1822041
Petitioner Pro SE
James V. AllRED UNIT
2101 FM 369 North
Iowa PARK, TEXAS 76367

(28. U.S.C. §1746); EXECUTED ON: 8-3-15

**[CERTIFICATE OF Service]:**

I hereby Certify that A copy of the foregoing Legal Action was mailed to the opposing party on the executed Date below mailed pre paid first Class postage via U.S. Certified mail:

Respectfully Submitted:

Joe Dale Smith
Joe Dale Smith
T.D.C.J. NO. 1822041
Petitioner Pro SE
JAMES V. AllRED UNIT
2101 FM. 369 NORTH
Iowa PARK, TEXAS 76367

Attatchment A